**UNITED STATES of America,**
**Appellee,**

v.

**Steven Royce LARSON, Appellant.**

**No. 02–3758.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 23, 2003.

Decided May 6, 2003.

Before MORRIS SHEPPARD
ARNOLD, BYE, and RILEY, Circuit
Judges.

PER CURIAM.

Steven Royce Larson (Larson) appeals
the sentence the district court[1] imposed
after Larson pled guilty to possessing
methamphetamine with intent to distrib-
ute, in violation of 21 U.S.C. § 841(a)(1)
and (b)(1)(A). At sentencing, the district
court denied Larson an acceptance-of-re-
sponsibility reduction because of his partic-
ipation in a drug transaction the day after
he entered his guilty plea.

Larson argues the district court erred in
denying the reduction because his post-
plea conduct was an attempt to gain valu-
able information for the government. Af-
ter careful review of the record, we find
that the district court did not clearly err in
denying the acceptance-of-responsibility

reduction. *See* U.S.S.G. § 3E1.1, cmt.
nn.1(b), 3; *United States v. Ervasti,* 201
F.3d 1029, 1043 (8th Cir.2000) (standard of
review); *United States v. Nguyen,* 52 F.3d
192, 194 (8th Cir.1995).

Accordingly, we affirm.

---

1. The Honorable Richard H. Kyle, United
States District Judge for the District of Minne-
sota.